**Rodney F. POSTON, Plaintiff–Appellant,**

v.

**ROCK TENN SMURFIT–STONE, Defendant–Appellee.**

**No. 15–1601.**

United States Court of Appeals, Fourth Circuit.

Submitted: July 21, 2015.

Decided: July 23, 2015.

Rodney F. Poston, Appellant Pro Se. Elizabeth R. Dangel, Kelly Suzanne Hughes, Ogletree Deakins Nash Smoak & Stewart, PC, Charlotte, North Carolina, for Appellee.

Before WILKINSON and MOTZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rodney F. Poston appeals the district court's order granting summary judgment to Rock Tenn Smurfit–Stone in Poston's employment discrimination action. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Poston's informal

brief does not challenge the basis for the district court's disposition, Poston has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*